Daniel Kalish, ISB No. 12485
dkalish@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
999 West Main Street, Suite 100
Boise, ID 83702
Telephone:    503-334-0695
Facsimile:    206-260-3055

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JILL GILSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CONSTRUCTION, an assumed business name of TROY L. JAMES, JR. and DEBORAH R. JAMES; and JAMES CONSTRUCTION LLC, an Idaho limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00267-DKG<br><br>PLAINTIFF'S STATUS REPORT ON SERVICE OF DEFENDANT JAMES CONSTRUCTION |

Pursuant to Dist. Idaho L. Rule 4.1, Plaintiff submits to the Court this status report relating to service of the Summons and Complaint in this matter:

///

1 – PLAINTIFF'S STATUS REPORT ON SERVICE OF DEFENDANT JAMES CONSTRUCTION

1. Plaintiff filed her original Complaint [Dkt. 1] and proposed Summons [Dkt. 1-2] to James Construction, an assumed business name of Troy L. James Jr. and Deborah R. James ("Defendant J. Construction"), with the District of Idaho on May 22, 2025.

2. On May 23, 2025, the Court issued the Summons [Dkt. 2] to Defendant J. Construction.

3. On June 9, 2025, Plaintiff, through her counsel, mailed via Priority Mail to Defendant J. Construction, at the address listed on Defendant's Certificate of Assumed Business Name ("Certificate of ABN"), filed with the Idaho Secretary of State on or about February 22, 1999, two copies of Form 1A Notice of Lawsuit and Request for Waiver of Service of Summons and Form 1B Waiver of Service of Summons, along with a copy of the Summons [Dkt. 2] issued by the Court on May 23, 2025, and a copy of the Complaint [Dkt. 1] filed on May 22, 2025 (the "Waiver of Service Packet"). (*See Declaration of Margurite Teresa Weeks in Support of Status Report* ("Weeks Decl."), ¶3, Exhibit 1 (Certificate of ABN).)

4. On June 17, 2025, the Priority Mail mailing to Defendant J. Construction was returned to Plaintiff's counsel's office by the United States Postal Service as "Attempted Not Known, Unable to Forward, Return to Sender." (*Weeks Decl.*, ¶¶4-5, Exhibit 2 ("Returned Mailing").)

5. On June 20, 2025, Plaintiff filed her First Amended Complaint [Dkt. 5] and a proposed Summons [Dkt. 5-1] to Defendant James Construction LLC.

6. On June 23, 2025, Plaintiff, through her counsel, mailed an updated Waiver of Service Packet (updated to include the First Amended Complaint [Dkt.5] and the Litigation Order and Notice of Telephonic Scheduling Conference [Dkt. 4]) via Priority Mail to Defendant

J. Construction, this time to the registered agent address listed on the Idaho Secretary of State registry for Defendant James Construction LLC, the defendant added to the First Amended Complaint [Dkt. 5] filed on June 20, 2025. Troy L. James, Jr. is listed as the registered agent for James Construction LLC and is one of the named individuals doing business as Defendant J. Construction. (*Weeks Decl*., ¶¶6-7, Exhibit 3, Idaho Secretary of State Registry Entry for James Construction LLC.)

7. The Court has not yet issued a summons to Defendant James Construction LLC. Once that summons has been issued, Plaintiff, through her counsel, intends to mail, via Priority Mail, a Waiver of Service Packet consisting of two copies of Form 1A Notice of Lawsuit and Request for Waiver of Service of Summons and Form 1B Waiver of Service of Summons, along with a copy of the Summons issued to Defendant James Construction LLC, and a copy of the First Amended Complaint [Dkt. 5] filed on June 20, 2025.

8. As a result of the returned mailing of the Waiver of Service Packet to Defendant J. Construction and the mailing of a new Waiver of Service Packet, Defendant J. Construction will have thirty (30) days from the mailing date of June 23, 2025, or until July 23, 2025, to waive service of the Summons [Dkt. 2] and First Amended Complaint [Dkt. 5] in this matter.

9. Similarly, Defendant James Construction LLC will have thirty (30) days to waive service of the Summons [Dkt. 6] and First Amended Complaint [Dkt. 5] in this matter once the Waiver of Service Packet is mailed.

///

///

///

10. While service upon both defendants is not yet complete, Plaintiff believes that service will be effected prior to the 90 (ninety) day deadline imposed by F.R.C.P. 4(m).

DATED: June 23, 2025.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Daniel Kalish*
    Daniel Kalish, ISB No. 12485
    Email: dkalish@hkm.com

*Attorneys for Plaintiff*