Daniel Kalish, ISB No. 12485
dkalish@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
999 West Main Street, Suite 100
Boise, ID 83702
Telephone:     503-334-0695
Facsimile:      206-260-3055

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JILL GILSON, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES CONSTRUCTION, an assumed business name of TROY L. JAMES, JR. and DEBORAH R. JAMES; and JAMES CONSTRUCTION LLC, an Idaho limited liability company,<br><br>        Defendants. | Case No.: 2:25-cv-00267-DKG<br><br>CERTIFICATE OF SERVICE REGARDING PLAINTIFF'S MOTION FOR CONTINUANCE OF CURRENTLY-SCHEDULED DATES, DECLARATION OF MARGURITE TERESA WEEKS IN SUPPORT OF SAME; PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF CURRENTLY-SCHEDULED DATES |

       I HEREBY CERTIFY that on the 2nd day of July, 2025, I filed the following documents electronically through the CM/ECF system:

- Plaintiff's Motion for Continuance of Currently-Scheduled Dates [Dkt. 11]; and

1 – CERTIFICATE OF SERVICE RE: PLAINTIFF'S MOTION FOR CONTINUANCE, ETC.

- Declaration of Margurite Teresa Weeks in Support of Plaintiff's Motion for Continuance [Dkt. 12];

and submitted the following proposed order to the Honorable Judge Grasham via email to dkg_orders@id.uscourts.gov:

- [Proposed] Order Granting Plaintiff's Motion for Continuance of Currently-Scheduled Dates.

No parties or counsel were served by electronic means, as Defendants have not yet been served or appeared in this matter.

I FURTHER CERTIFY that on such date I served the above-referenced three documents on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

| Troy L. James, Jr. and Deborah R. James<br>d/b/a James Construction<br>9321 N. Chateaux Drive<br>Hayden, ID 83835 | Troy L. James, Jr., Registered Agent<br>James Construction LLC<br>9321 N. Chateaux Drive<br>Hayden, ID 83835 |
|---|---|

DATED: July 2, 2025.

          **HKM EMPLOYMENT ATTORNEYS LLP**

          By: */s/ Daniel Kalish*
              Daniel Kalish, ISB No. 12485
              Email: dkalish@hkm.com

          *Attorneys for Plaintiff*